UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 19-cr-0041 (WMW/BRT) |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| Dylan Matthew Deling, | |
| Defendant. | |

---

WHEREAS, on September 16, 2019, this Court entered a Preliminary Order of Forfeiture forfeiting certain property to Plaintiff United States of America pursuant to 18 U.S.C. § 2253(a);

WHEREAS, the United States posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on September 18, 2019, providing notice of the government's intention to dispose of the property in accordance with law and notice of the right of third parties to petition the Court, within 60 days of the first date of posting, for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, the time for filing a petition has expired and no petitions have been filed with the Clerk of Court.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff United States of America's motion for a final order of forfeiture, (Dkt. 94), is **GRANTED**.

2. All right, title and interest in the Apple iPhone 6, bearing serial number FFPV83MJHYFK, are hereby forfeited to and vested in the United States pursuant to 18 U.S.C. § 2253.

3. The United States shall dispose of the property in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 28, 2020                             s/Wilhelmina M. Wright
                                                                              Wilhelmina M. Wright
                                                                              United States District Judge