

**U.S. Department of Justice**

United States Attorney
District of Minnesota

| | |
|---|---|
| *600 United States Courthouse* | *Telephone: (612) 664-5600* |
| *300 South Fourth Street* | *Fax: (612) 664-5789* |
| *Minneapolis, MN 55415* | |

October 15, 2020

<u>Via ECF</u>

The Honorable Wilhelmina M. Wright
United States District Court
316 North Robert Street, 7A
St. Paul, MN 55101

  Re:  Response Regarding Restitution
     *United States v. Matthew Deling*, **19-cr-41 (WMW/BRT)**

Dear Judge Wright:

This Court generously extended for a period of 60 days following sentencing an opportunity for any of Mr. Deling's victims to request restitution for their losses as a result of his crimes.

In conjunction with our victim assistant specialists, the United States Attorney's Office sent a letter to the identified victims of Mr. Deling's offenses informing them of their rights under the law, including the opportunity to request restitution. To date, no victims have chosen to seek restitution.

As a result, the United States respectfully requests that this Court no longer hold restitution open.

           Very truly yours,

           ERICA H. MacDONALD
           United States Attorney

           *s/Laura M. Provinzino*

           LAURA M. PROVINZINO
           Assistant United States Attorney

cc: Steven E. Wolter, Esq. (via CM/ECF)